```
                                        United States Bankruptcy Court
                                        Middle District of Pennsylvania
In re:                                                                              Case No. 18-03694-HWV
Lynn A Marmo                                                                        Chapter 13
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 1                  Date Rcvd: Oct 10, 2018
                               Form ID: ntcnfhrg            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db            +Lynn A Marmo,    10 Cardinal Drive,    Carlisle, PA 17015-4309
5103523        Bureau of Account Mgmnt PSHMC,    3607 Rosemont Ave Suite 502,    PO Box 8875,
                Camp Hill, PA 17001-8875
5103524       +Chase,    PO Box 15298,   Wilmington, DE 19886-5298
5103525       +Commerical Accpt All Better care,    2 West Main Street,    Shiremanstown, PA 17011-6326
5103527       +Edward Scott,    119 Birchwood Drive,   Brick, NJ 08723-3442
5103526       +Edward Scott,    119 Birchwood Road,   Brick, NJ 08723-3442
5103528       +George Blashford,    35 Westminster Drive,    Carlisle, PA 17013-4369
5103529       +IC Systems Patient 1st,    444 Highway 96 E,    St Paul, MN 55127-2557
5103530       +KML Law Group,    Suite 5000 BNY Mellon Independence Ctr,    701 Market Street,
                Philadelphia, PA 19106-1538
5103532        Midland Funding Commenity,    2365 Northland Drive,    Suite 300,   San Diego, CA 92108
5103533       +National Recovery Ag Spirit Phy,    2491 Paxton Street,    Harrisburg, PA 17111-1036
5103534       +PNC Bank,    300 5th Avenue,   The Tower at PNC Plaza,    Pittsburgh, PA 15222-2401
5103538       +Saidis Sullivan Rogers,    100 Sterling Parkway Ste 100,    Mechanicsburg, PA 17050-2903
5103539       +Tuckey Restoration,    c/o Hubert Gilroy Esquire,    10 E High Street,    Carlisle, PA 17013-3015
5103541       +Wilimington Savings Fund Soc,    dba Christiana Trust,    c/o Rushmore Loan Mgmt,
                15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5103531       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2018 19:29:01
                LVNV Funding Credit One,    PO Box 10497,    Greenville, SC 29603-0497
5103643       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2018 19:28:59
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5103535       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2018 19:28:44
                Portfolio Recovery Cap One,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5103536       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2018 19:28:44
                Portfolio Recovery GE Cap,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5103537       +E-mail/Text: colleen.atkinson@rmscollect.com Oct 10 2018 19:23:14
                Receivables Management Pat 1st,    7206 Hull Street,    Suite 211,   Richmond, VA 23235-5826
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5103540         Verizon,    Address removed per entry 14
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, et al. bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Lynn A Marmo Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lynn A Marmo,
 aka Lynn Marmo Scott, aka Lynn Scott,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−03694−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 14, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 21, 2018 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 10, 2018 |

ntcnfhrg (03/18)