Michael S. Travis
Attorney At Law
3904 Trindle Road
Camp Hill, PA 17011

Telephone (717) 731-9502
Fax (717) 731-9511

April 22, 2019

ELECTRONIC LETTER ONLY
United States Bankruptcy Court
Ronald Reagan Federal Building
Office of the Clerk
228 Walnut Street
Harrisburg, PA 17101

Re: Lynn Marmo, **Chapter 7 No. 1-18-03694 HWV**
*Change to Mailing Matrix*

To the Clerk:

The address on the mailing matrix to "Commercial Acceptance All Better Care, 2 West Main Street, Shiremanstown, PA 17011" is incorrect. Please strike this address from the mailing matrix.

The new corrected name and address of the creditor is:

Commercial Acceptance All Better Care
2300 Gettysburg Road, #102
Camp Hill, PA 17011

A copy of the Chapter 7 conversion Notice has been sent to this creditor at the above address. Please contact my office should you have any questions or concerns.

Very truly yours,

*Michael S. Travis*

Michael S. Travis
Attorney for Debtor(s)

MST/tjs
pc:   creditor(s) (w/notice)