

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lynn Marmo | ███████████ | GF US Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| ██████████ | ███████████ | US Salary Basis |
| Hire Date | Job Title | Tax Reporting Unit Name |
| 24-Apr-2017 | ADMIN ASSISTANT | Gannett Fleming, Inc |
| Employee Address | Position | Tax Reporting Unit Address |
| 10 Cardinal Drive Carlisle, PA 17015 US | | 207 Senate Avenue Camp Hill, PA 17011 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 2-Mar-2019 | 15-Mar-2019 | 22-Mar-2019 | 21.10 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,529.75 | 9,410.60 |
| Pretax Deductions | 122.19 | 735.45 |
| Employee Tax Deductions | 225.18 | 1,408.20 |
| Voluntary Deductions | 12.23 | 73.38 |
| Net Payment | 1,170.15 | 7,193.57 |

### Earnings

Handwritten notes: G. 9410/3  3137 ; TX 1408 469 ; M 641 214 ; DI 73 24 ; 401K 94 9 ; Sch I

| Description | Current | Year to Date |
|---|---|---|
| Floating | 0.00 | 168.80 |
| Holiday | 0.00 | 337.60 |
| Paid Tim | 105.50 | 696.30 |
| Regular | 1,424.25 | 8,207.90 |

| Description | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|
| Paid Time Off | 5.00 | Hours | 21.1 | 1.00 | 105.50 |
| Regular Full T | 67.50 | Hours | 21.1 | 1.00 | 1,424.25 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Floating | 0.00 | 8.00 |
| Holiday H | 0.00 | 16.00 |
| Paid Tim | 5.00 | 33.00 |
| Regular | 67.50 | 389.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Deferred 401K | 15.30 | 94.11 |
| Dental Insurance | 12.49 | 74.94 |
| Med NonTobacco Credit EE | -23.08 | -138.48 |
| Med Wellness Credit EE | -23.08 | -138.48 |
| Medical Insurance | 139.45 | 836.70 |
| Vision Insurance | 1.11 | 6.66 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 88.21 | 543.69 |
| FIT Withheld | 46.98 | 310.19 |


| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lynn Marmo | | GF US Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | US Salary Basis |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 24-Apr-2017 | ADMIN ASSISTANT | Gannett Fleming, Inc |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 10 Cardinal Drive<br>Carlisle, PA 17015<br>US | | 207 Senate Avenue<br>Camp Hill, PA 17011<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 2-Feb-2019 | 15-Feb-2019 | 22-Feb-2019 | 21.10 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,455.90 | 6,192.85 |
| Pretax Deductions | 121.45 | 489.49 |
| Employee Tax Deductions | 207.29 | 919.44 |
| Voluntary Deductions | 12.23 | 48.92 |
| Net Payment | 1,114.93 | 4,735.00 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Floating Holiday | 0.00 | 168.80 |
| Holiday | 0.00 | 337.60 |
| Paid Time Off | 105.50 | 527.50 |
| Regular Full Time | 1,350.40 | 5,158.95 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Paid Time Off | | | 5.00 | Hours | 21.1 | 1.00 | 105.50 |
| Regular Full Time | | | 64.00 | Hours | 21.1 | 1.00 | 1,350.40 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Floating Holiday Hours Worked | 0.00 | 8.00 |
| Holiday Hours Worked | 0.00 | 16.00 |
| Paid Time Off Hours Worked | 5.00 | 25.00 |
| Regular Full Time Hours Worked | 64.00 | 244.50 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Deferred 401K | 14.56 | 61.93 |
| Dental Insurance | 12.49 | 49.96 |
| Med NonTobacco Credit EE | -23.08 | -92.32 |
| Med Wellness Credit EE | -23.08 | -92.32 |
| Medical Insurance | 139.45 | 557.80 |
| Vision Insurance | 1.11 | 4.44 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 83.64 | 357.45 |
| FIT Withheld | 38.21 | 197.43 |



**Gannett Fleming**                    **Payslip**

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lynn Marmo | | GF US Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | US Salary Basis |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 24-Apr-2017 | ADMIN ASSISTANT | Gannett Fleming, Inc |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 10 Cardinal Drive<br>Carlisle, PA 17015<br>US | | 207 Senate Avenue<br>Camp Hill, PA 17011<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 19-Jan-2019 | 1-Feb-2019 | 8-Feb-2019 | 21.10 |

### Summary
| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,614.15 | 4,736.95 |
| Pretax Deductions | 123.03 | 368.04 |
| Employee Tax Deductions | 245.68 | 712.15 |
| Voluntary Deductions | 12.23 | 36.69 |
| Net Payment | 1,233.21 | 3,620.07 |

### Earnings
| Description | Current | Year to Date |
|---|---|---|
| Floating Holiday | 0.00 | 168.80 |
| Holiday | 0.00 | 337.60 |
| Paid Time Off | 168.80 | 422.00 |
| Regular Full Time | 1,445.35 | 3,808.55 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Paid Time Off | | | 8.00 | Hours | 21.1 | 1.00 | 168.80 |
| Regular Full Time | | | 68.50 | Hours | 21.1 | 1.00 | 1,445.35 |

### Hours
| Description | Current | Year to Date |
|---|---|---|
| Floating Holiday Hours Worked | 0.00 | 8.00 |
| Holiday Hours Worked | 0.00 | 16.00 |
| Paid Time Off Hours Worked | 8.00 | 20.00 |
| Regular Full Time Hours Worked | 68.50 | 180.50 |

### Pretax Deductions
| Description | Current | Year to Date |
|---|---|---|
| Deferred 401K | 16.14 | 47.37 |
| Dental Insurance | 12.49 | 37.47 |
| Med NonTobacco Credit EE | -23.08 | -69.24 |
| Med Wellness Credit EE | -23.08 | -69.24 |
| Medical Insurance | 139.45 | 418.35 |
| Vision Insurance | 1.11 | 3.33 |

### Tax Deductions
| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 93.45 | 273.81 |
| FIT Withheld | 57.01 | 159.22 |



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lynn Marmo | | GF US Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | US Salary Basis |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 24-Apr-2017 | ADMIN ASSISTANT | Gannett Fleming, Inc |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 10 Cardinal Drive<br>Carlisle, PA 17015<br>US | | 207 Senate Avenue<br>Camp Hill, PA 17011<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 5-Jan-2019 | 18-Jan-2019 | 25-Jan-2019 | 21.10 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,688.00 | 3,122.80 |
| Pretax Deductions | 100.69 | 245.01 |
| Employee Tax Deductions | 269.20 | 466.47 |
| Voluntary Deductions | 12.23 | 24.46 |
| Net Payment | 1,305.88 | 2,386.86 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Floating Holiday | 168.80 | 168.80 |
| Holiday | 0.00 | 337.60 |
| Paid Time Off | 0.00 | 253.20 |
| Regular Full Time | 1,519.20 | 2,363.20 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Floating Holiday | | | 8.00 | Hours | 21.1 | 1.00 | 168.80 |
| Regular Full Time | | | 72.00 | Hours | 21.1 | 1.00 | 1,519.20 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Floating Holiday Hours Worked | 8.00 | 8.00 |
| Holiday Hours Worked | 0.00 | 16.00 |
| Paid Time Off Hours Worked | 0.00 | 12.00 |
| Regular Full Time Hours Worked | 72.00 | 112.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Deferred 401K | 16.88 | 31.23 |
| Dental Insurance | 12.49 | 24.98 |
| Med NonTobacco Credit EE | -23.08 | -46.16 |
| Med Wellness Credit EE | -46.16 | -46.16 |
| Medical Insurance | 139.45 | 278.90 |
| Vision Insurance | 1.11 | 2.22 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 99.46 | 180.36 |
| FIT Withheld | 68.55 | 102.21 |