Certificate Number: 05781-PAM-DE-033116538

Bankruptcy Case Number: 18-03694


05781-PAM-DE-033116538

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on <u>July 16, 2019</u>, at <u>1:06</u> o'clock <u>PM PDT</u>, <u>Lynn Marmo</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>July 16, 2019</u>          By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>